```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

SIGMA DELTA, LLC, ET AL.                      CIVIL ACTION

VERSUS                                        NO: 07-5427

ERIC R. GEORGE, MD, ET AL.                    SECTION: "A" (1)
```

### ORDER

Before the Court is a **Motion to Dismiss Certain Plaintiffs' Cross-Claims Against Beta Gamma, LLC (Rec. Doc. 364)** filed by Beta Gamma, LLC.  Plaintiffs Thomas Lavin, Rachel Moore, and Matthew French oppose the motion.  The motion, set for hearing on March 19, 2008, is before the Court on the briefs without oral argument.

Certain plaintiffs, including Lavin, Moore, and French, filed a cross-claim against Beta Gamma seeking indemnity for the counterclaims asserted against them by defendant Kevin Rodrigue. Lavin, Moore, and French are former members of Beta Gamma but they assert that the claims against them arise out of their status as members of Beta Gamma and consequently they are owed indemnity under the Operating Agreement.

Beta Gamma moves to dismiss the indemnity claims of Lavin, Moore, and French arguing that as *former* members they are not entitled to indemnity.

Louisiana Revised Statute section 12:1315, Limitation of Liability and Indemnification of Members and Managers, provides

that a written operating agreement may "[p]rovide for indemnification of a member or members, or a manager or managers, for judgments, settlement, penalties, fines, or expenses incurred because he is or was a member or manager."  La. Rev. Stat. Ann. § 12:1315(A)(2) (1994).  Thus, the terms of Beta Gamma's Operating Agreement will control with respect to the entitlement to indemnity.

Section 8.1 of the Operating Agreement, entitled Indemnification, provides in relevant part:

> The Members, Managers and officers of the Company (each an Indemnitee) shall be indemnified and held harmless by the Company from and against any and all losses, claims, damages . . . and other amounts **arising from any an all claims**, demands, actions, suits, . . . in which the Indemnitee may be involved, or threatened to be involved, as a party or otherwise **by reason of such Indemnitee's status as a Member, Manager or officer of the Company**, which relates to or arises out of the Company, its asserts, business or affairs . . . .

Rec. Doc. 364, Exh. A (Op. Agr. of Beta Gamma), at 28 (emphasis added).  The language of the foregoing provision is extremely broad and in no way suggests that indemnity is limited to current members only.  In fact, the "any and all" qualifier supports Plaintiffs' contention that even former members are entitled to indemnity so long as the claim arises out of their status as a member.  The claims asserted against Lavin, Moore, and French are unarguably based on their status as members of Beta Gamma.

Accordingly;

**IT IS ORDERED** that the **Motion to Dismiss Certain Plaintiffs' Cross-Claims Against Beta Gamma, LLC (Rec. Doc. 364)** filed by Beta Gamma, LLC. is **DENIED**.

April 10, 2008

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE