```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

SIGMA DELTA, LLC, ET AL.                     CIVIL ACTION

VERSUS                                       NO: 07-5427

ERIC R. GEORGE, MD, ET AL.                   SECTION: "A" (5)
```

**ORDER AND REASONS**

2525 Severn Holdings, LLC ("2525 Severn") has filed a **Motion to Dismiss the Bellina Third Party Demand Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Rec. Doc. 572)**. Third-party plaintiffs, the Joseph H. Bellina Living Trust No. 1 and the Joseph H. Bellina Family Trust No. 1, both appearing through their sole trustee Deborah Bellina, (collectively "the Bellina Third-Party Plaintiffs") oppose the motion. The motion, set for hearing on April 16, 2008, is before the Court on the briefs without oral argument.

2525 Severn moves to dismiss the Bellina third-party complaint arguing that the Bellina Third-Party Plaintiffs lack standing to bring a claim because they were not parties to either of the Acts of Conveyance at issue. 2525 Severn contends that the two Acts of Conveyance are with the Joseph H. Bellina *2004* Living Trust No. 1 and the Joseph H. Bellina *2004* Family Trust No. 1, neither of which are parties in this case.

In opposition, the Bellina Third-Party Plaintiffs explain that the trusts are the same and that the "2004" designation was

simply omitted in this litigation.  Deborah Bellina has executed an affidavit to that effect.  (Rec. Doc. 618, attach.).  The Bellina Third-Party Plaintiffs also point out the gross waste of resources involved in the filing of this motion given that it is based on a contention that could have been clarified with a single phone call or email.

The motion is DENIED because the premise upon which it is based is without merit.

Accordingly;

**IT IS ORDERED** that the **Motion to Dismiss the Bellina Third Party Demand Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Rec. Doc. 572)** filed by 2525 Severn Holdings, LLC is **DENIED**.

April 16, 2008

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE